UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 CR 10230 WGY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| V. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Unlawful Possession of a |
| CHARLES JOHNSON | ) | Firearm and Ammunition By a |
| | ) | Felon |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) and |
| | ) | (b)(1)(B) |
| | ) | Possession of a Controlled |
| | ) | Substance with Intent |
| | ) | to Distribute |

## INFORMATION

### COUNT ONE:
### 18 U.S.C. § 922(g)(1)
### (Unlawful Possession of a Firearm And Ammunition By a Felon)

The United States Attorney charges that:

On or about March 31, 2005, in Dorchester, in the District of Massachusetts,

**CHARLES JOHNSON**,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, possessed, in and affecting commerce, a firearm: to wit: a Hipoint .380 caliber semi-automatic pistol, bearing serial number P777317, and .380 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

-1-

**COUNT TWO:**
**21 U.S.C 841(a)(1) and (b)(1)(B)**
**(Possession of a Controlled Substance With Intent to Distribute)**

The United States Attorney further charges that:

On or about March 31, 2005, in Dorchester, in the District of Massachusetts, defendant herein did knowingly and intentionally possess with intent to distribute at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The United States Attorney further charges that:

1. As a result of the offenses alleged in Counts One and Two of this Information,

**CHARLES JOHNSON,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. Such property includes, but is not limited to:

- Hipoint CF380 .380 caliber pistol
  Magazine loaded with seven rounds of PMC ammunition
  3 additional rounds of PMC .380 ammunition in factory box
  11.82 grams of crack cocaine
  27.3 grams of marijuana
  Various plastic bags in various sizes
  Six $100 bills
  Black digital scale
  100-gram weight

All in violation of Title 21, United States Code, Section 853.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
S. WAQAR HASIB
Assistant U.S. Attorney

05 CR 10230 WGY

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| Place of Offense: Dorchester, MA | Category No. III | Investigating Agency ATF |
| City Dorchester | Related Case Information: | |
| County Suffolk | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number  2005M0453RBC | |
| | Search Warrant Case Number  2005M0451RBC | |
| | R 20/R 40 from District of _____ | |

FILED CLERKS OFFICE
2005 AUG 24  A 10:37
U.S. DISTRICT COURT
DISTRICT OF MASS

**Defendant Information:**

Defendant Name   CHARLES JOHNSON              Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   35 WALES STREET, APT. #5, DORCHESTER, MA

Birth date (Year only): 1974   SSN (last 4 #): 4199   Sex M   Race: ____   Nationality: ____

Defense Counsel if known:   MARK SHEA        Address:  Shea, Larocque & Wood, LLP
                                                       47 Third St., #201, Cambridge, MA
Bar Number: _____

**U.S. Attorney Information:**

AUSA   S. WAQAR HASIB              Bar Number if applicable   California 234818

Interpreter:   ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as   defendant   in   United States v. Johnson   .
☐ Already in State Custody   _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint     ☒ Information     ☐ Indictment

Total # of Counts:    ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  August 24, 2005        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   CHARLES JOHNSON

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 922(g)(1) | Felon in possession of a firearm | 1 |
| Set 2   21 U.S.C. § 841(a)(1) | Possession with intent to distribute cont. subst. | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**