UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                                                              No. 1:05-cr-10230-WGY

Charles Johnson

**Assented-to Motion to Continue Arraignment and Plea**

The defendant, Charles Johnson, by and through counsel, Mark W. Shea, respectfully requests that the Court continue the arraignment and plea to information, currently set for December 12, 2005, until January 17, 2006, or thereafter to another date convenient to the Court. In support of this motion, the defendant states as follows:

1. Undersigned counsel is preparing for a multiple-defendant RICO jury trial scheduled to begin on January 9, 2006, United States v. DeCologero, docket number 01-cr-10373-RWZ. In preparation for the case, the Court has ordered that undersigned counsel file opposition motions and memoranda by December 12, 2005, and to prepare for a pre-trial hearing scheduled December 16, 2005. The case involves over 1500 pleadings and tens of thousands of pages of documents to review.

2. Undersigned counsel also has numerous other professional commitments during the month of December, including the filing of all motions in the case of United States v. Nieves, 05-cr-10200-MLW, by December 22, 2005, and attending the trial testimony of two cooperating clients in separate criminal trials.

3. Due to the time constraints of undersigned counsel, he will be unable to travel

1

to the Plymouth County Correctional Center to visit Mr. Johnson prior to the scheduled arraignment date of December 12, 2005.

4. The Assistant U.S. Attorney handling this matter, S. Waqar Hasib, assents to this request.

5. The parties submit that such a continuance is therefore in the interests of justice.

Accordingly, the defendant asks that the arraignment and plea hearing be continued to January 17, 2006, or to such a date thereafter that is convenient to the Court.

Respectfully submitted,
CHARLES JOHNSON
By his attorney

/s/ MARK W. SHEA                              Dated: December 1, 2005
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge, MA 02141-1265
617.577.8722 telephone
617.577.7897 facsimile
mwshea@slrw.net