Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-10230-WGY
)
CHARLES JOHNSON )

## WAIVER OF INDICTMENT

I, **CHARLES JOHNSON**, the above-named defendant, who is accused of unlawful possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1), and possession of a controlled substance with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on _2/10/06_ prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _Young, DJ_
Judicial Officer

by the Court
Elizabeth Smith
deputy clerk