**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 05-10230-WGY |
|---|---|
| DEFENDANT<br>CHARLES JOHNSON | TYPE OF PROCESS **Preliminary Order of Forfeiture** |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Charles Johnson

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)

Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Kristina E. Barclay/LJT* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>May 11, 2006 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. ___ | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*If not shown above*)
Bureau of ATF
Asset Forfeiture / Seized Property Branch
650 Massachusetts Ave., NW
Techworld, Suite 710
Washington, DC 20226

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/30/06    Time: 9:57 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges<br>(*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT

**CERTIFIED MAIL**

7003 1680 0006 7986 0748

**Sent To:** Bureau of ATF
Asset Forfeiture / Seized Property Branch
650 Massachusetts Ave, NW
Suite 710
Washington, DC 20226

**Article Addressed to:**
Charles Johnson
Plymouth County
Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Service Type: Certified Mail

16-2020-05-0020
Preliminary Order of Forfeiture

Article Number: 7003 1680 0006 7986 0748

PS Form 3811, February 2004 — Domestic Return Receipt


**UNITED STATES POSTAL SERVICE**®

Home | Help

## Track & Confirm

### Search Results

Label/Receipt Number: **7003 1680 0006 7986 0748**
Status: **Delivered**

Your item was delivered at 9:57 am on June 30, 2006 in PLYMOUTH, MA 02360.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                          7/25/2006



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1680 0006 7986 0748**
Detailed Results:

- **Delivered, June 30, 2006, 9:57 am, PLYMOUTH, MA 02360**
- **Acceptance, June 28, 2006, 4:27 pm, HYATTSVILLE, MD 20785**

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                    7/25/2006