762020305-0020

**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

| PLAINTIFF **UNITED STATES OF AMERICA** | COURT CASE NUMBER CR No. 05-10230-WGY |
|---|---|
| DEFENDANT **CHARLES JOHNSON** | TYPE OF PROCESS **Preliminary Order of Forfeiture** |

FILED
IN CLERKS OFFICE

2006 OCT -3 P 12: 39

U.S. DISTRICT COURT
DISTRICT OF MASS

| SERVE ► AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | **PUBLICATION** |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of : *Kristina E. Barclay / LJT* | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (617) 748-3100 | DATE May 11, 2006 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 7/24/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc.. named above (See remarks below).

| Name and title of individual served (If not shown above) **Bureau of ATF** **Asset Forfeiture / Seized Property Branch** | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) **650 Massachusetts Ave., NW** **Techworld, Suite 710** **Washington, DC 20226** | | Date of Service 9/11/06 | Time 8:00 ✔am ☐pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

*See Atch Proof/Affidavit*

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this _____59th_____ day of _____August_____ A.D. 20 _06_
personally appeared before the undersigned, a Notary Public, within and for

the said county, _____Suffolk_____

of the _____Boston Herald_____ a newspaper published by
Boston Herald. Inc., in Boston. County of Suffolk, in the Commonwealth of
Massachusetts, and who being duly sworn, states on oath that the

_Notice of Order of Forfeiture #05-10230-WGY_ advertisement
was published in said newspaper in its issues of

_July 31, August 7, 17_ _____ A.D. 20 _06_

_____Barbara Lundloh_____

Subscribed and sworn to before me this __29th__

day of _August_ A.D. 20 ____

_____Barbara Fong_____
Commission expires    Notary Public
6/15/12

Jly 31, Aug 7, 14

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts  }  ss.
County of Suffolk

On this _____28th_____ day of _August_ A.D. 20 _06_
personally appeared before the undersigned, a Notary Public, within and for

the said county, _Suffolk_

of the _Boston Herald_ a newspaper published by
Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of
Massachusetts, and who being duly sworn, states on oath that the

_Legal Notice of Order of Forfeiture_ advertisement
was published in said newspaper in its issues of

_July 31, August 7, 14_ A.D. 20 _06_

_Barbra Lundblom_

Subscribed and sworn to before me this _28th_

day of _August_ A.D. 20 _06_

_Barbara Long_
                                        Notary Public