```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,   )
                            )
            v.              )   Criminal No. 05-10230-WGY
                            )
CHARLES JOHNSON,            )
            Defendant.      )

**<u>MOTION FOR FINAL ORDER OF FORFEITURE</u>**

    The United States of America, by its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves that this Court issue a Final Order of Forfeiture in the above-captioned case, pursuant Title 21, United States Code, Section 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure.  A proposed Final Order of Forfeiture is submitted herewith.  In support thereof, the United States sets forth the following:

    1.   On August 24, 2005, the United States filed a two-count Information charging Defendant Charles Johnson (the "Defendant") with the following violations:  Unlawful Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. § 922(g)(1) (Count One); and Possession of a Controlled Substance with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) (Count Two).

    2.   The Information also sought the forfeiture of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses alleged in Counts One and Two of the Information, and

any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, pursuant to 21 U.S.C. § 853. Such property included, but was not limited to, the following:

- Highpoint CF380 .380 caliber pistol;
- Magazine loaded with seven rounds of PMC ammunition;
- 3 additional rounds of PMC .380 ammunition in factory box;
- 11.82 grams of crack cocaine;
- 27.3 grams of marijuana;
- Various plastic bags in various sizes;
- Six $100 bills;
- Black digital scale; and
- 100-gram weight,

(collectively, the "Seized Properties").

3. On February 10, 2006, Johnson pled guilty to Counts One and Two of the Information, pursuant to a plea agreement he signed on August 15, 2005. In the agreement, Johnson waived and released his claims to all of the Seized Assets.

4. The United States Bureau of Alcohol, Tobacco, and Firearms has disposed of the Seized Properties, except for the six $100 bills named in the Information (the "Currency").

5. On April 5, 2006, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interest in the Currency.

6. Notice of the Preliminary Order of Forfeiture was served on all interested parties and a Notice of Order of Forfeiture was published in the Boston Herald newspaper on July

31, 2006, August 7, 2006, and August 14, 2006.  See Document No. 16.

    7.   No other claims of interest in the Currency have been filed with the Court and the time within which to do so has expired.

    WHEREFORE, the United States respectfully requests that this Court enter a Final Order of Forfeiture against the Currency.  A Proposed Order is submitted herewith for the convenience of the Court.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        BY:   /s/Kristina E. Barclay
                              S. WAQAR HASIB
                              KRISTINA E. BARCLAY
                              Assistant U.S. Attorneys
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Date: October 13, 2006         (617) 748-3100

**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing Motion for Final Order of Forfeiture and the proposed Final Order of Forfeiture, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                              /s/Kristina E. Barclay
                              Kristina E. Barclay
                              Assistant U.S. Attorney
Date: October 13, 2006

```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
                             )
          v.                 )   Criminal No. 05-10230-WGY
                             )
CHARLES JOHNSON,             )
          Defendant.         )
```

**FINAL ORDER OF FORFEITURE**

**YOUNG, D.J.**,

WHEREAS, on August 24, 2005, the United States filed a two count Information charging Defendant Charles Johnson (the "Defendant") with the following violations: Unlawful Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. § 922(g)(1) (Count One); and Possession of a Controlled Substance with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) (Count Two);

WHEREAS, the Information also sought the forfeiture of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses alleged in Counts One and Two of the Information, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, pursuant to 21 U.S.C. § 853, including, but not limited to, the following:

- Highpoint CF380 .380 caliber pistol;
- Magazine loaded with seven rounds of PMC ammunition;
- 3 additional rounds of PMC .380 ammunition in factory box;
- 11.82 grams of crack cocaine;

- 27.3 grams of marijuana;
- Various plastic bags in various sizes;
- Six $100 bills;
- Black digital scale; and
- 100-gram weight,

(collectively, the "Seized Properties");

WHEREAS, on February 10, 2006, Johnson pled guilty to Counts One and Two of the Information, pursuant to a written plea agreement in which he waived and released his claims to all of the Seized Assets;

WHEREAS, only the six $100 bills named in the Information (the "Currency") remain available for forfeiture, as the remaining Seized Properties have been disposed of by the United States Bureau of Alcohol, Tobacco, and Firearms;

WHEREAS, on April 5, 2006, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interest in the Currency;

WHEREAS, notice of the Preliminary Order of Forfeiture was served on all interested parties and a Notice of Order of Forfeiture was published in the Boston Herald newspaper on July 31, 2006, August 7, 2006, and August 14, 2006; and

WHEREAS, no other claims of interest in the Currency have been filed with the Court and the time within which to do so has expired.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.    The United States' Motion for a Final Order of Forfeiture is allowed.

    2.    The United States of America is now entitled to the forfeiture of all right, title or interest in the Currency, and it is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

    3.    All other parties, having any right, title, or interest in the Currency are hereby held in default.

    4.    The United States is hereby authorized to dispose of the Currency in accordance with applicable law.

DONE AND ORDERED in Boston, Massachusetts, this _____ day of _____, 2006.

Dated:

_____
WILLIAM G. YOUNG
United States District Judge