FILED
IN CLERKS OFFICE

2006 NOV 15  P 2: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARLES JOHNSON #25586308
U.S.P. CANAAN
P.O. BOX 300
WAYMART, PA. 18472

CLERK OF COURTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY
BOSTON, MA. 02210

NOVEMBER 12, 2006

DKT.# 05-10230-WGY
RE - SENTENCING HEARING TRANSCRIPT

DEAR CLERK,

I AM WRITING IN REGARDS TO GET MY SENTENCING HEARING TRANSCRIPTS, DUE TO THE FACT I WAS SENTENCED ON JUNE 2, 2006 IN THIS U.S. DISTRICT COURT HOUSE OF MASS.

HOWEVER I DIDN'T GET A CHANCE TO APPEAL MY SENTENCE IN (10) DAYS, BUT I AM EXERCISING THAT RIGHT AT THIS MOMENT AS A PRO SE SO THEREFORE CAN YOU PLEASE FORWARD ME WITH A COPY OF MY SENTENCING HEARING TRANSCRIPTS SO I CAN OVER LOOK MY APPEAL ISSUES.

(1)

TO INFORM THE COURT AS WELL, I DON'T HAVE ANY FUNDS TO PAY FOR MY TRANSCRIPT, HOWEVER I AM INDIGENT AND WITHOUT ANY MONEY OR WHATSOEVER, SO I WILL VERY WELL APPRECIATE IT ALOT IF YOU CAN FORWARD ME THOSE TRANSCRIPTS.

THANK YOU FOR YOUR TIME AND ATTENTION

RESPECTFULLY SUBMITTED:

*Charles Johnson*
CHARLES JOHNSON # 25583088
U.S.P. CANAAN
P.O. BOX 300
WAYMART, PA. 18472

(2)